# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW NELSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SIMM & ASSOCIATES, INC.,<br><br>    Defendant(s). | Case No.: C12-00423 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands that, based upon the representations of the parties, the above-captioned case has settled. Accordingly, the Case Management Conference set for May 14, 2012 is **VACATED**.

A Compliance Hearing shall be held on **Friday, June 29, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**