**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MATTHEW NELSON,**<br><br>            Plaintiff(s),<br><br>    vs.<br><br>**SIMM & ASSOCIATES, INC.,**<br><br>            Defendant(s). | **Case No.: 12-CV-00423 YGR**<br><br>**ORDER TO SHOW CAUSE; AND SETTING COMPLIANCE HEARING** |

After the parties notified the Court that this matter had settled, the Court directed the parties to file either a stipulation of dismissal or a joint statement setting forth an explanation for not dismissing the action by June 22, 2012. The court additionally set the matter for a compliance hearing on June 29, 2012. The parties did not file a stipulation of dismissal or a joint-statement, or appear at the Compliance Hearing.

The Court hereby issues this Order to Show Cause why the parties should not be sanctioned for failing to comply with the Court's Order. It further sets this matter for hearing thereon, in conjunction with a Compliance Hearing, both to be held on **Friday, July 27, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a **JOINT STATEMENT** to **SHOW CAUSE** why the parties should not be sanctioned for failing to comply with the Court's Order. If the Court is satisfied with the parties' response, or if the case has been dismissed, the parties need not appear and the hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: June 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**